# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lord, Nancy H. | United States Bankruptcy Court, Eastern District of New York | 08/31/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Conrad B. Duberstein United States Bankruptcy Courthouse
271C Cadman Plaza East, Room 3577
Brooklyn, NY 11201-1800

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/28/12 | Pension - New York State Employees' Retirement System - Monthly Pension Check (no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lord, Nancy H. | 08/31/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Income Derived from Monthly Payment from NYS Retirement System (NYS & Local Employees Retirement System) | $21,283.08 |
| 2. 2019 | Income Derived from Monthly Payment from NYS Teachers Retirement System (as Surviving Spouse of Pensioner) | $47,322.93 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lord, Nancy H. | 08/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Key Bank | Unsecured Preferred Credit Line Account | J |
| 2. MetLife | Loan against Own "Whole Life" Life Insurance Proceeds | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lord, Nancy H. | 08/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neuberger Berman Large Cap Value Fund Investo( | A | Dividend | J | T | | | | | |
| 2. Neuberger Berman Focus Fund Investor Class | A | Dividend | J | T | | | | | |
| 3. MetLife, Inc common stock (MetLife Policy Holder Trust) | A | Dividend | J | T | | | | | |
| 4. MetLife "Whole Life" Policy | D | Dividend | K | T | | | | | |
| 5. Prudential (Herzfeld & Rubin ["H&R] P.C. 401K) Pru Stable Value FD 65 | A | Int./Div. | J | T | Redeemed (part) | 05/15/19 | J | | |
| 6. Prudential (H&R, P.C. 401K) Loomis Sayles Gbl Alloc Y | F | Int./Div. | N | T | Redeemed (part) | 05/15/19 | M | | |
| 7. Prudential (H&R, P.C. 401K) Invesco Comstock A | E | Int./Div. | L | T | Redeemed (part) | 05/15/19 | K | | |
| 8. Prudential (H&R, P.C. 401K) MFS International Val Class R4 | C | Int./Div. | K | T | Redeemed (part) | 05/15/19 | J | | |
| 9. Prudential (H&R, P.C. 401K) Invesco Opp Intl Gro Y | C | Int./Div. | J | T | Redeemed (part) | 05/15/19 | J | | |
| 10. Key Bank (Cash Accounts) | | None | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lord, Nancy H.** | 08/31/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Re - Prudential / Herzfeld & Rubin, P.C. Employees' 401(k) Plan. Lines 5, 6, 7, 8, and 9. Nothing has been contributed by Herzfeld & Rubin, P.C. (a former employer) since I left the firm's employ in 1999. I do not make contributions. 2019 is the first year I made any withdrawals. I indicated positive changes in value as int/div. I withdrew funds each month beginning in May 2019 through and including December 2019. The form requires me to select one date so I picked the date of the first withdrawal. However the withdrawal dates were as follows: May 15, 2019; June 17, 2009; July 15, 2019; August 15, 2019; September 16, 2019; October 15, 2019; November 15, 2019 and 12/16/2019. Prudential allocated the withdrawal against all of the holdings in the same percentage basis as each holding represents to the total dollar amount of all the investments in my plan, and in the category amounts I listed in Part VII D as partial redemptions. Please note that in D(3) Value Code 2, I listed the value code for the total withdrawn over the entire 8 months for each investment and not the monthly withdrawal.

Part VII. Investments and Trusts

Item 4 - A dividend is earned each year on the anniversary of this whole-life policy which automatically results in the acquisition of additional insurance coverage. Since the anniversary date is in June each year, I have included the dividend amount for 2019, (the dividend amount would fall within category "C" but the amount of additional insurance that the dividend purchased falls within category "D", so I used category ("D"). For "gross value" at end of the reporting period, I have provided the cash surrender value information which falls within category "K".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Nancy H. Lord**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544